■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TREMAINE T. BELTON, Appellant. [14 NYS3d 704]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Chin-Brandt, J.), imposed July 18, 2012, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Santana*, 122 AD3d 949, 949 [2014]; *People v Lian Qiu*, 121 AD3d 918, 919 [2014]; *People v Contreras*, 112 AD3d 649, 649 [2013]; *People v Torres*, 109 AD3d 669, 669 [2013]; *People v Newson*, 106 AD3d 839, 840 [2013]) and, thus, does not preclude review of his claim that the sentence imposed was excessive. However, contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Balkin, Chambers, Sgroi and Miller, JJ., concur.